# 11092090
$135.00
7/18/11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

ANTHONY LOCKETT                     B-06-00833 -B

Debtor

IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual REFUND listed herein:
ANTHONY LOCKETT, 616 DEER ST., DUNKIRK, NY 14048
AND IT

FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $ 135.00 representing unclaimed funds belonging to the above-named creditor.

Dated: JULY 14, 2011

_____
ALBERT J. MOGAVERO
TRUSTEE



FILED
JUL 1 8 2011
BANKRUPTCY COURT
BUFFALO, NY